B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Maryland

| | | |
|---|---|---|
| In re | Jezreel J. Cortes Encarnacion | Case No. |
| | Debtor(s) | Chapter **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept .................................................... | $ 575.00 |
   | Prior to the filing of this statement I have received ....................................... | $ 575.00 |
   | Balance Due ................................................................................................. | $ 0 |

2. $335.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   - Initial consult to explore and advise Client of benefits and risks of filing for Chapter 7 bankruptcy
   - Coordinate Client's efforts to obtain credit counseling as requirement to bankruptcy filing
   - Assist Client in gathering list of creditors
   - Prepare Voluntary Petition, List of Creditors and other documents required to obtain bankruptcy court jurisdiction for the client, including the Automatic Stay.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   - Assisting in the gathering of documents needed after the filing of the bankruptcy case to prepare necessary schedules and other bankruptcy papers, including a schedule of exemptions
   - Data input, formatting and other preparation of necessary schedules and other bankruptcy papers
   - Attendance at the Client's meeting of creditors that is required in the bankruptcy case
   - Attendance at reaffirmation hearings
   - Any other matter that arises after filing the bankruptcy case, including contested matters or adversary proceedings

In re _____    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/20/2018 | /s/Ronald J. Drescher |
|---|---|
| *Date* | **Ronald J Drescher 08712** |
| | *Signature of Attorney* |
| | **Drescher & Associates** |
| | **4 Reservoir Circle** |
| | **Suite 107** |
| | **Baltimore, MD 21208-6360** |
| | **410 484 9000   Fax: 410 484 8120** |
| | **rondrescher@drescherlaw.com** |
| | *Name of law firm* |

Date _____    Signature   /s/ Jezreel J. Cortes Encarnacion

                                                              Debtor